# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN SINGLETON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. EDCV 21-2164 SPG (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, Plaintiff's Objections, and Plaintiff's Amended Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that the Second Amended Complaint is dismissed. Judgment shall be entered dismissing this action with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on Plaintiff at his current address of record.
3
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6  DATED:  August 19, 2022
7
8  _____
   HON. SHERILYN PEACE GARNETT
   UNITED STATES DISTRICT JUDGE