JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN SINGLETON, | Case No. EDCV 21-2164 SPG (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 19, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE